United States District Court
Southern District of Texas

**ENTERED**

March 31, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MA ELIZABETH TREVINO VALLEJO, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03300 |
| UR M. JADDOU, | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is United States Magistrate Judge Dena H. Palermo's Memorandum and Recommendation filed on December 5, 2025. Doc. #42. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation (Doc. #42) in its entirety.

Accordingly, Defendants' Motion to Dismiss (Doc. #18) is hereby GRANTED. Claims submitted by Plaintiffs who have bona fide determinations or employment authorization are DISMISSED AS MOOT. For the remaining Plaintiffs: (1) their APA claims related to bona fide determinations or employment authorizations are DISMISSED without prejudice for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(1); and (2) their APA claims and Mandamus Act claims about waiting-list placement and Due Process claims are DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6).

It is so ORDERED.

_____
MAR 3 1 2026

Date

_____
The Honorable Alfred H. Bennett
United States District Judge

2